UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C<span>ARRIE</span> A<span>NN</span> B<span>IGELOW</span>,

        Plaintiff,

v.

C<span>OMMISSIONER OF</span> S<span>OCIAL</span> S<span>ECURITY</span>,

        Defendant.

_____/

Case No. 14-14416

S<span>ENIOR</span> U.S. D<span>ISTRICT</span> J<span>UDGE</span>
A<span>RTHUR</span> J. T<span>ARNOW</span>

U.S. M<span>AGISTRATE</span> J<span>UDGE</span>
A<span>NTHONY</span> P. P<span>ATTI</span>

**O<span>RDER</span> A<span>DOPTING</span> R<span>EPORT AND</span> R<span>ECOMMENDATION</span> [15]; G<span>RANTING</span> D<span>EFENDANT'S</span> M<span>OTION FOR</span> S<span>UMMARY</span> J<span>UDGMENT</span> [13]; <span>AND</span> D<span>ENYING</span> P<span>LAINTIFF'S</span> M<span>OTION FOR</span> S<span>UMMARY</span> J<span>UDGMENT</span> [12]**

On January 5, 2016, Magistrate Judge Patti issued a Report and Recommendation [15] on the Plaintiff's Motion for Summary Judgment [12] and Defendant's Motion for Summary Judgment [13]. Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation [15] Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

1

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [13] be **GRANTED** and Plaintiff's Motion for Summary Judgment [12] be **DENIED**.

**SO ORDERED**.

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [13] be **GRANTED** and Plaintiff's Motion for Summary Judgment [12] be **DENIED**.

|  |  |
|---|---|
|  | s/Arthur J. Tarnow |
|  | Arthur J. Tarnow |
| Dated: February 16, 2016 | Senior United States District Judge |